IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| ) | |
| v.                              ) | Criminal No.   3:10-PO-00225 |
| ) | |
| ) | |
| TIMOTHY A. LITZENBERG           ) | |

### MOTION TO DISMISS

COMES NOW the United States of America, by counsel, and hereby moves this Honorable Court to dismiss the charge of Expired Vehicle Registration in the above-captioned case. The United States is moving to dismiss the charge in the interest of justice.

.

                                        Respectfully submitted,

                                        TIMOTHY J. HEAPHY
                                        UNITED STATES ATTORNEY

Date: December 08, 2010            /s/ Nancy S. Healey
                                        Nancy S. Healey
                                        Assistant United States Attorney

## CERTIFICATE

I hereby certify that on the 8th day of December 2010, the forgoing Motion to Dismiss was electronically filed with the Clerk of Court using the CM/ECF system and mailed first class, postage prepaid through the United States Postal Service to Timothy A. Litzenberg, 2040 Park Avenue, Richmond, Virginia 24450.

                                   Respectfully submitted,

                                   TIMOTHY J. HEAPHY
                                   UNITED STATES ATTORNEY

                                s/ Nancy S. Healey
                                  Nancy S. Healey
                                  Assistant United States Attorney