IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 09 2010

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.  3:10-po-00225 |
| ) | |
| ) | |
| TIMOTHY A. LITZENBERG ) | |

ORDER

COMES NOW, this __8th__ day of December 2010, the within motion is granted and it is hereby ORDERED and DECREED that the charge of Expired Vehicle Registration against TIMOTHY A. LITZENBERG be and the same is hereby DISMISSED.

The Clerk of this Court at Charlottesville, Virginia shall certify a copy of this Order to each of the following: Nancy S. Healey, Assistant United States Attorney, United States Attorney's Office, 255 West Main Street, Room 130, Charlottesville, Virginia 22902, and Timothy A. Litzenberg, 2040 Park Avenue, Richmond, Virginia 24450.

ENTERED this ___9th___ day of December 2010.

Honorable B. Waugh Crigler, Judge